**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMMY DUNCAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PETERSON, et al.,<br><br>　　　　　　　　　　Defendants. | 3:20-cv-00459-JAD-CSD<br><br>**ORDER** |

On March 1, 2022, an Early Mediation Conference was conducted in this matter (ECF No. 24). The parties reported they reached settlement and the terms of the settlement were placed on the record. The stipulation for dismissal was to be submitted no later than April 15, 2022. No dismissal has been filed with the court.

**IT IS HEREBY ORDERED** that the parties shall submit their Stipulation and Order for Dismissal on or before **Friday, April 29, 2022.**

DATED:  April 18, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1