1   AARON D. FORD
      Attorney General
2   CHRIS W. DAVIS (Bar No. 6616)
      Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 East Washington Avenue, Suite 3900
    Las Vegas, Nevada  89101
5   (702) 486-9252 (phone)
    (702) 486-3773 (fax)
6   Email: cwavis@ag.nv.gov

7   *Attorneys for Defendant*
    *Dr. Minev*

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  TOMMY DUNCAN,                          Case No. 3:20-cv-0459-JAD-WGC

                  Plaintiff,
12
    v.                                     **STIPULATION AND ORDER TO**
13                                         **DISMISS WITH PREJUDICE**

    PETERSON, *et al.*,
14                                                 ECF No. 1
                  Defendants.
15

16          Defendant Dr. Minev, by and through counsel, Aaron D. Ford, Attorney General for

17  the State of Nevada, and Chris W. Davis, Deputy Attorney General of the State of

18  Nevada, Office of the Attorney General, submit this confidential early mediation

19  statement.

20          IT IS HEREBY STIPULATED by and between Defendant Dr. Michael Minev, by and

21  through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis,

22  Deputy Attorney General, and Plaintiff Tommy Duncan, # 48951, *pro se*, pursuant to Fed.

23  R. Civ. P. 41(a)(1)(A)(ii) as follows:

24          1.      That the above-captioned action, including all claims against all parties, be

25  dismissed with prejudice, with each party bearing their own attorney's fees and costs; and

26          2.      That Plaintiff not be assessed filing fees.

27  ///

28  ///

                                      Page 1

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED this __1__ day of __4__, 2022.          DATED this __18__ day of __April__, 2022

                                              AARON D. FORD
                                              Attorney General

By: _____              By: _____
    TOMMY DUNCAN, # 48951                         CHRIS DAVIS, Bar No. 6616
    Plaintiff, *Pro Se*                           Deputy Attorney General

## ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The ifp application **[ECF No. 1]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 3, 2022

Page 2